UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CAROL MURPHY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:16-cv-562-NT |
| | ) |
| FEDERAL CORPORATION, ET AL., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 21, 2015, Ms. Murphy filed her Complaint in the District Court in the District of Columbia along with a Motion for Leave to Proceed in Forma Pauperis. Civil Cover Sheet (ECF No. 1-1); Motion for Leave (ECF No. 2). On the same day, the District Court for the District of Columbia ordered the case transferred to the District of Maine. The case was transferred to the District of Maine on November 9, 2016.

Ms. Murphy has filed at least eleven cases in the District of Maine involving a longstanding dispute between herself and state and municipal officials regarding her ownership and treatment of animals. *See Murphy v. State of Maine*, No. 06-cv-62-MML; *Murphy v. Judge Christine Foster*, No. 07-mc-118-DBH; *Murphy v. State of Maine*, No. 08-cv-80-DBH; *Murphy v. State of Maine*, No. 08-cv-81-DBH; *Murphy v. The United States Government*, No.08-cv-343-LJB; *Murphy v. The United States Government*, No. 09-21C; *Murphy v. State of Maine*, No. 09-cv-39-SJM; *Murphy v. State of Maine*, No 09-cv-56-SJM; *Murphy v. Town of Buxton*, No. 09-cv-61-SJM; *Murphy v. Casavant*, No. 1:15-cv-020-GZS; and *Murphy v. Federal Corporation*, No 1:16-cv-561-NT. This Court has deemed each of her prior lawsuits "frivolous" and dismissed all the cases. On February 18, 2009, this Court ordered:

> [B]efore any lawsuits by Carol Murphy or Carol Ann Murphy now or formerly of New Sharon, Maine may be docketed in this Court, the Clerk is directed to bring the lawsuit to this Judge's attention. If the lawsuit involves, directly or indirectly, any dispute between Ms. Murphy and state or municipal official within the state of Maine concerning animals, the Court hereby ENJOINS Ms. Murphy [from] any similar future filings without prior leave of this Court.

*In re Carol Murphy*, Docket No. 1:09-MC-00033-JAW, February 18, 2009 Order at 6.

In this case, Ms. Murphy's thirty-page Complaint attempts to bring a case against a multitude of state and federal officials related to the State of Maine and Maine Animal Control's seizure of her personal property, including animals, and her attempts to retrieve that property. The Complaint details Ms. Murphy's interactions with judges and Maine law enforcement personnel over the course of 2014 and 2015. The Complaint also discusses Ms. Murphy's prior lawsuits and facts underlying those suits, which formed the basis for the Court's prior Order enjoining Ms. Murphy from future filings. For relief, the Complaint seeks damages of in excess of twenty million dollars, costs related to the suit, and the return of her property.

The Complaint falls within the Court's prior Order enjoining Ms. Murphy from filing further lawsuits. Alternatively, if this case were not barred based on the prior orders entered in the District of Maine, I would determine that the Complaint must be dismissed in accordance with 28 U.S.C. § 1915(e)(2) because the Complaint, like her prior lawsuits, is "frivolous, prolix and contentious nonsense." *In re Carol Murphy*, Docket No. 1:09-MC-00033-JAW, February 18, 2009 Order at 2.

## CONCLUSION

Ms. Murphy is **ENJOINED** from proceeding with this lawsuit in accordance with the Court's prior Order. Her Application to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED**, and the Clerk is directed to **DISMISS** this action. Additionally, the Court certifies that any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 22nd day of November, 2016.